Victoria SCHOONMAKER et al., Appellants,
v. Dave M. PRICE, Receiver of Great
Eastern Oil Company, Inc., Appellee.

No. 12229.

United States Court of Appeals
Fifth Circuit.

March 6, 1950.

John C. Walvoord, Jr., Dallas, Tex., for appellants.

Thos. B. Ramey, Tyler, Tex., William R. Niblack, Tyler, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment heretofore entered in this cause is set aside, 177 F.2d 639, and the petition for rehearing is granted. The parties are allowed not to exceed thirty days in which to file further briefs. The briefs need not be printed if they are not over ten pages in length. The appellants' brief shall be filed within fifteen days; the appellee's reply within ten days after receiving appellants' brief; and appellants' reply brief within five days after receiving appellee's brief. Further oral argument is not deemed necessary.

WALLER, Circuit Judge, dissents.

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellant.

Cecil A. Morgan, Fort Worth, Tex., for appellee.

Before McCORD and WALLER, Circuit Judges, and RICE, District Judge.

RICE, District Judge.

In a proceeding *in rem* against a taxicab used to violate the narcotic laws, under the provisions of Sections 781 to 787, inclusive, Title 49 United States Code Annotated, judgment was rendered returning the taxicab to the claimant, and the United States appeals.

The controlling facts in this case are stipulated and are substantially the same as the facts set forth in the opinion of this court in No. 12,824, United States of America v. M. R. Gramling, d/b/a City Cab Company, Claimant of One 1946 Model Plymouth Sedan Automobile, Motor No. P-15-140476, 180 F.2d 498, rendered this date, wherein this court reversed the judgment of the trial Court. The Findings of Fact and Conclusions of Law filed by the trial Court in No. 12,824, are identical with those filed in this cause, with the exception of the description of the automobile.

Accordingly, by reason of the foregoing opinion, the judgment is reversed and the cause remanded for further and not inconsistent proceedings.